THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WILLIAM S. BREWER, Appellant.

(Submitted May 28, 1936; decided July 8, 1936.)

*William S. Brewer*, in person, for appellant.
*William Copeland Dodge*, District Attorney (*Edwin J. Talley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.